UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-5356 JFW (PVC)                                    Date: March 9, 2020

Title   Joshua Scott West v. S. Gates, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:**   **[IN CHAMBERS]  ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On June 11, 2020, Plaintiff Joshua Scott West, a California prisoner proceeding *pro se*, constructively filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  ("Complaint," Dkt. No. 1).  On September 11, 2020, the Court dismissed the Original Complaint with leave to amend for failure to state a claim.  ("First ODLA," Dkt. No. 8).  On October 14, 2020, the Court received Plaintiff's First Amended Complaint.  ("FAC," Dkt. No. 9).

The Court issued an Order Dismissing First Amended Complaint with Leave to Amend on January 20, 2021 due to the FAC's various pleading defects.  ("Second ODLA," Dkt. No. 12).  Plaintiff was required to file either a Second Amended Complaint or a notice of intention to stand on the defective First Amended Complaint by February 19, 2021 if he still wished to pursue this action.  (*See id.* at 17).  The Court expressly warned Plaintiff that the failure to file either a Second Amended Complaint or a notice of intention to stand on the defective FAC by the Court's deadline would result in a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-5356 JFW (PVC)                                   Date:  March 9, 2020

Title          Joshua Scott West v. S. Gates, et al.

recommendation that this action be dismissed with prejudice for failure to prosecute. (*See id.* at 17-18).

The deadline set by the Second ODLA has expired and Plaintiff has failed to file either document; nor has he requested an extension of time in which to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing **one** of the following documents:  (1) a Second Amended Complaint, curing the deficiencies of the First Amended Complaint; (2) a Notice of Intention to Stand on Defective First Amended Complaint; **or** (3) a declaration under penalty of perjury stating why he is unable to do so.

If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  **A Notice of Dismissal form is attached for Plaintiff's convenience.**  Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |